FILED' 08 JUN 03 10:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL GOFF, | ) | |
| | ) | Civil No. 07-3090-PK |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. Pending motions, if any, are DENIED AS MOOT.

Dated this 3rd day of June, 2008.

by _____
Paul Papak
United States Magistrate Judge